429 A.2d 87

Jones Ceilings, Inc., Appellant v. Carnwath.

Argued March 18, 1980. Robert M. Goldich, for appellant; Michael J. Galsheen, for appellee.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

602

Before HESTER, WICKERSHAM, and LIPEZ, JJ.

Judgment affirmed.